# EXHIBIT R

Great Sichuan on 3rd Ave, Inc.
353 3rd Ave, New York, NY 10016
Tel: 212-686-8866

## Company Name 公司名

### Compensation Receipt Acknowledgement
### 薪資收據確認



**DEPOSITION EXHIBIT**
WANG 6
8/10/17

I, _Jian Qiang Du_   SSN ___-___-___   resident at _____
我                    社安号                              居住在

hereby acknowledge receipt of $ _980 + TIPS_   This amount represents the full
特此確認收到                                   這筆錢包括

amount owed in full (including overtime) through _____ of all
unpaid wages due to me.
所有未付的基本工資和加班費

_Jian Qiang Du_
**Employee Signature**          **Date**
員工簽名                         日期

_Jian Qiong. Du_

**Employee Name:**               **Job:**
員工名字                         工作

| Date Start 开始时间 | | Date end 结束时间 | | Work hours 工作时间 | |
|---|---|---|---|---|---|
| Reg./hours 一般小时 | | Hour rate 小时工资 | | Reg./amount 总额 | |
| OT hours 加班时间 | | Hour rate 小时工资 | | OT amount 加班总额 | |
| Bonus hours 津贴 | | Hour rate 小时工资 | | Bonus amount 津贴总额 | |
| Meals cost/per day 餐费 | | Total days 总共天数 | | Meals Credit 餐信贷 | |
| Credit card tip 信用卡小费 | | Cash tip 现金小费 | | Total tip 总共小费 | |
| Total amount 总共 | | Received by check 收到支票 | | Received by cash 收到现金 | |

**Signature:**
签名

# Notice and Acknowledgement of Pay Rate and Payday/薪金及薪金日期的
# Under Section 195.1 of the New York State Labor Law/紐約州勞工法第195.1條
# Notice for Exempt Employees/享受豁免僱員工薪之通知單

1. Employer Information/僱主資料:
   Great Sichuan on 3rd Ave, Inc
   3593 3rd Ave, New York, NY 10016
   Tel: 212-686-8866

   doing Business As (DBA) name(s)/雇用名:

   FEIN (optional)/聯邦稅號 (可選擇的):

   Physical Address/公司所在地址:

   Mailing Address/郵寄地址:

   Phone/電話:

2. Notice given/給予員工的通知:
   ☐ At hiring/僱用時
   ☐ On or before February 1/二月一號 ‧ 或之前
   ☐ Before a change in pay rate(s), allowances claimed, or payday/在薪金, 經驗日, 發糧日期之改變

3. Employee's pay rate(s)/員工之薪酬率: State if pay is based on an hourly, salary, day rate, piece rate, or other basis./請將員工的薪金率基於每小時, 薪水, 每日, 每件, 或其他計算.

   This employee is exempt from overtime under the following exemption (optional)/僱員享豁免加班的原因 (可選擇的):

   This employer may not pay a non-hourly rate to a non-exempt employee in the Hospitality industry, except for commissioned salespeople/除了佣金酬金的銷售人員之外, 餐飲酒店業的僱主不得支付一般員工非每小時的薪資

4. Allowances taken/所扣除額:
   ☐ None/無
   ☐ Tips/小費  2.25 per hour/每小時
   ☐ Meals/膳食  3.00 per meal/每餐
   ☐ Lodging/住宿
   ☐ Other/其他

5. Regular payday/正常發薪日:

6. Pay Is:/酬金付給:
   ☐ Weekly/每週
   ☐ Bi-weekly/每二週
   ☐ Other/其他

7. Overtime Pay Rate:/加班費率:
   Most workers in NYS must receive at least 1 ½ times their regular rate of pay for all hours worked over 40 in a workweek, with few exceptions. Very few employees must only be paid overtime at 1 ½ times the minimum wage rate, or not at all./大多數紐約州的員工在每工作超過 40 小時之後的加班必須要被支付至少正常薪資的 1.5 倍, 很少例外. 少數員工只能收到最低工資的 1.5 倍, 或甚至沒有.

8. Employee Acknowledgement/員工確認:
   On this day I received notice of my pay rate, overtime rate (if eligible), allowances, and designated payday in English and my primary language. I told my employer that my primary language is Chinese/在今天 我已收到我薪金率, 加班費 (如適用), 折扣與指定的發薪日用英語與我的主要語言. 我已告知我的雇主我的主要語言是中文.

   Print Employee Name/請正楷寫員工姓名
   Tan Hong, Du

   Employee Signature/員工簽名
   Tan Hong Du

   Date/日期

   Preparer Name and Title/預備人會全及銜
   
   The employer must receive a signed copy of this form. The employer must keep the original for 6 years./雇主必須收到員工簽字的複本. 雇主必須保留正本六年.

   5. Employer's pay rate(s)/員工之薪酬比率: State if pay is based on an hourly, salary, day rate, piece rate, or other basis./雇主員工的薪金率基於每小時, 薪水, 每日, 每件, 或其他計算.

LS 59C (03/11)