UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/20

-------------------------------------------------------------------X

JIAN XIN ZHANG, et al.,                          :
                                                 :
                    Plaintiffs,                  :
                                                 :
              -against-                          :            **ORDER**
                                                 :      15 CV 4558 (JGK) (KNF)
GREAT SICHUAN ON 3RD AVE., INC. d/b/a
"GREAT SICHUAN", et al.,                         :
                                                 :
                                                 :
                    Defendants.                  :

-------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the text order appearing at Docket Entry No. 140 is vacated.

The motion appearing at Docket Entry No. 138 will be resolved by the assigned district judge, as

noted in Docket Entry No. 136.

Dated: New York, New York          SO ORDERED:
       March 8, 2020
                                   _____
                                   KEVIN NATHANIEL FOX
                                   UNITED STATES MAGISTRATE JUDGE