UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN XIN ZHANG ET AL.,
               Plaintiffs,

    - against -

GREAT SICHUAN ON 3RD AVE., INC. ET AL.,
               Defendants.

15-cv-4558 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

Because not all of the parties have consented to proceed before the magistrate judge, see ECF No. 103, the Clerk is directed to reflect in the docket that this case remains assigned to District Judge Koeltl.

The plaintiffs are directed to follow the Court's rules with respect to seeking a default judgment, including by seeking certificates of default with respect to the defendants against whom the plaintiffs seek a default judgment.

The Clerk is directed to mail a copy of this Order to the pro se parties and to note service in the docket.

SO ORDERED.
Dated:    New York, New York
            February 14, 2022

                                        John G. Koeltl
                               United States District Judge