```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JIAN XIN ZHANG ET AL., <br>                   Plaintiffs, | 15-cv-4558 (JGK) |
| - against - | ORDER |
| GREAT SICHUAN ON 3RD AVE., INC. ET AL., <br>                   Defendants. | |

JOHN G. KOELTL, District Judge:

If the plaintiff does not proceed to seek a default judgment against those defendants who have not responded to the complaint, the case against those defendants will be dismissed without prejudice for failure to prosecute. The Order to Show Cause should be filed by **April 29, 2022.** The plaintiff should file a status report by **April 29, 2022.**

SO ORDERED.
Dated:    New York, New York
          April 15, 2022

                                      John G. Koeltl
                               United States District Judge