# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

APPLICATION GRANTED
SO ORDERED

*[signature]*
John G. Koeltl, U.S.D.J.
6/8/22

June 8, 2022

Zhangyuxi Wang, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: zwang@hanglaw.com

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Zhang et al v. Great Sichuan On 3rd Ave., Inc. et al**
Case No. 1:15-cv-04558-JGK-JW
Letter Motion for Extension of Time to file proposed Order to Show Cause

Dear Judge Koeltl:

This office represents Plaintiff Jian Xin Zhang, Hua Long Yang, Rui Sen Zhao, Cheng Min Yan, Jian Qiang Du, Yu Bao Zhao, and Guo Yue He in the above-referenced matter. We request a 14-day extension of time to file the Proposed Order to Show Cause through June 17, 2022.

This is the second time for Plaintiff Jian Xin Zhang, Hua Long Yang, Rui Sen Zhao, Cheng Min Yan, Jian Qiang Du, Yu Bao Zhao, and Guo Yue He to request an extension of time to file a Proposed Order to Show Cause. The due date was June 3, 2022, pursuant to the Order dated June 2, 2022. (Dkt. No. 158).

The impetus for this request is that the Proposed Clerk's Certificates of Default are still under the review of the clerk, it is impractical to move by Order to Show Cause without the Clerk's Certificates of Default. In addition, the Plaintiffs' lead attorney Mr.

Shan Zhu left the firm this week, the new attorney needs more time to familiarize the case. Based on the above reasons, we respectfully request that the Court grant the instant application and we sincerely apologize for this late submission

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

Hang & Associates, PLLC
By: *s/ Zhangyuxi Wang*
Zhangyuxi Wang, Esq.
*Attorneys for Plaintiffs*