```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------------------------

JIAN XIN ZHANG ET AL.,
                    Plaintiffs,              15-cv-4558 (JGK)

        - against -                          ORDER

GREAT SICHUAN ON 3RD AVE., INC. ET
AL.,
                    Defendants.
---------------------------------------------------------

JOHN G. KOELTL, District Judge:

   The plaintiffs have sought certificates of default against defendants Great Sichuan on 3d Ave., Inc.; Great Sichuan 363 Inc.; Peter He; and Chao Yang Yin. See ECF Nos. 154-157. The Clerk rejected those certificates of default because those defendants have answered the complaint, see ECF No. 28, and the plaintiffs have not identified any other reason that a default should be entered against those defendants.

   The Clerk has, however, issued certificates of default against two defendants, Run Lu Zhuai and Chang Guo Yang. See ECF Nos. 131, 132. As to those defendants, the plaintiffs should file an Order to Show Cause pursuant to the Court's rules for obtaining a default judgment.

   Defendant Ruo Peng Wang has filed a joint pretrial order with the plaintiffs. See ECF No. 118. The time for discovery is closed. Accordingly, with respect to the remaining defendants who have answered, the plaintiff should file an amended joint

pretrial order by July 18, 2022, and be prepared to proceed to trial against the remaining defendants.

The case remains assigned to Magistrate Judge Willis to conclude any pretrial proceedings.

SO ORDERED.
Dated:   New York, New York
         June 16, 2022

_____
John G. Koeltl
United States District Judge