# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

June 16, 2022

Guofeng Li, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: gli@hanglaw.com

**APPLICATION GRANTED**
**SO ORDERED**

_____
John G. Koeltl, U.S.D.J.
6/16/22

**VIA ECF**
Hon. John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **Zhang et al v. Great Sichuan On 3rd Ave., Inc. et al**
Case No. 1:15-cv-04558-JGK-JW

Letter Motion for Further Extension of Time to file proposed Order to Show Cause

Dear Judge Koeltl:

This office represents Plaintiff Jian Xin Zhang, Hua Long Yang, Rui Sen Zhao, Cheng Min Yan, Jian Qiang Du, Yu Bao Zhao, and Guo Yue He(hereafter referred to as "Plaintiffs") in the above-referenced matter.

On its June 16, 2022 Order, this Court directed that plaintiffs should file an Order to Show Cause pursuant to the Court's rules for obtaining a default judgment because the Clerk has issued certificates of default against two defendants, Run Lu Zhuai and Chang Guo Yang. See ECF Nos. 163.

Plaintiffs had filed a letter motion for Extension of Time from June 3, 2022 to June 17, 2022 to file proposed Order to Show Cause and the Court granted the motion. See ECF Nos. 159, 160.

Hon. John G. Koeltl
Page 2

Plaintiffs respectfully request another 14-day extension of time to file the Proposed Order to Show Cause through July 1, 2022 because Plaintiffs have been waiting for further directions on how to proceed after the Clerk rejected the certificates of default against the defendants who have answered the complaint of the Court.

Respectfully Submitted,

Hang & Associates, PLLC
By: *s/ Guofeng Li*
Guofeng Li, Esq.
*Attorneys for Plaintiffs*