UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN XIN ZHANG ET AL.,
                Plaintiffs,

    - against -

GREAT SICHUAN ON 3RD AVE., INC. ET AL.,
                Defendants.

15-cv-4558 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The plaintiffs have moved for default judgments against defendants Run Lu Zhuai and Chang Guo Yang (the "defaulting defendants").

The plaintiffs should serve a copy of this Order on the defaulting defendants by **July 8, 2022**, and file proof of service by **July 13, 2022**. The defaulting defendants shall respond to the motion for a default judgment by **July 22, 2022**. The plaintiffs may reply by **July 29, 2022**. No personal appearance is required in response to the motion. If the defaulting defendants fail to respond to the motion, judgment may be entered against them, in which event they will have no trial.

SO ORDERED.
Dated:    New York, New York
               July 5, 2022

                                      John G. Koeltl
                                United States District Judge