UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN XIN ZHANG, et al.,

        Plaintiffs,

- against -

GREAT SICHUAN ON 3RD AVE., INC. et al.,

        Defendants.

15-cv-4558 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    A status conference is scheduled for **September 22, 2022** at 12:30 p.m.

    SO ORDERED.

Dated:    New York, New York
           September 14, 2022

                                        John G. Koeltl
                                    United States District Judge