UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN XIN ZHANG, ET AL.,

           Plaintiffs,

  - against -

GREAT SICHUAN ON 3RD AVE, INC., et al.,

           Defendants.

15-cv-4558 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff has moved for a default judgment against defendants Run Lu Zhuai and Chang Guo Yang. The Clerk has entered a certificate of default with respect to said defendants. The defendants have not responded to the plaintiff's motion for default judgment.

    Accordingly, the plaintiff is entitled to a default judgment against the named defendants. The inquest on damages is stayed pending a decision on the status of the remaining defendants.

SO ORDERED.
Dated:    New York, New York
          September 28, 2022

                                        John G. Koeltl
                                United States District Judge