UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN XIN ZHANG, ET AL.,

        Plaintiffs,

- against -

GREAT SICHUAN ON 3RD AVE, INC., et al.,

        Defendants.

---

15-cv-4558 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may make any motions with respect to the remaining defendants by **October 14, 2022**. Any such motions should be served at the last known addresses of the remaining defendants who have not yet appeared, and proof of service should be filed promptly thereafter. Those defendants may respond by **October 28, 2022**. The plaintiff may reply by **November 4, 2022**.

SO ORDERED.
Dated: New York, New York
      September 28, 2022

                                  /s/ John G. Koeltl
                                  John G. Koeltl
                              United States District Judge