UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIAN XIN ZHANG, ET AL.,

                Plaintiffs,

     - against -

GREAT SICHUAN ON 3RD AVE, INC., et al.,

                Defendants.

15-cv-4558 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiffs have moved for a default judgment against defendants Great Sichuan on 3rd Ave., Inc., d/b/a/ "Great Sichuan," Great Sichuan 363 Inc., d/b/a "Great Sichuan," Peter He, Ruo Peng Wang, Chao Yang Yin ("Defendants"). The Defendants should respond to the motion by **October 24**. The plaintiffs may reply by **October 31**. If the Defendants fail to respond to the motion, the motion may be granted on default in which event the Defendants will have no trial.

    The plaintiffs should serve a copy of this Order, together with the motion papers, on the Defendants by **October 11, 2022**, and file proof of service by **October 15, 2022**.

    No personal appearance is required in connection with this motion.

SO ORDERED.
Dated:    New York, New York
            October 6, 2022

                                    John G. Koeltl
                              United States District Judge