UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JIAN XIN ZHANG ET AL,

                              Plaintiffs,                              **ORDER**

                    -against-                                    **15-CV-4558 (JGK) (JW)**

GREAT SICHUAN ON 3RD AVE, INC. ET AL,

                              Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      Judge Koeltl referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to Plaintiffs against all defaulting Defendants.

      Accordingly, IT IS HEREBY ORDERED that, on or before **March 6, 2023**, Plaintiffs shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. Plaintiffs must serve these documents on the defaulting Defendants, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **March 20, 2023**, the defaulting Defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon Plaintiffs.

      Plaintiffs shall serve the defaulting Defendants with a copy of this order and file proof of such service with the Clerk of Court.

SO ORDERED.

Dated:     February 3, 2023
           New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge