UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN XIN ZHANG, ET AL.,

     Plaintiffs,

- against -

GREAT SICHUAN ON 3RD AVE, INC., ET AL.,

     Defendants.

---

15-cv-4558 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

  The Court has reviewed the thorough Report and Recommendation of Magistrate Judge Willis dated February 2, 2024. ECF No. 196. The Report recommends that the Court grant an award for the plaintiffs in the amount of $829,288.15 for the following damages:

- Plaintiff Jian Xin Zhang: $293,806.57
- Hua Long Yang: $44,865.35
- Rui Sen Zhao: $178,849.20
- Cheng Min Yan: $72,731.38
- Jian Qiang Du: $91,347.16
- Guo Yue He: $118,451.39
- Yu Bao Zhao: $29,237.10

  The plaintiffs are all also entitled to post-judgment interest pursuant to 28 U.S.C. § 1961. See ECF No. 196 at 40.

  No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well

reasoned, and its conclusions are well founded. The Court therefore adopts the Report and Recommendation and directs the Clerk to enter judgment in favor of the plaintiffs and holding the defendants liable, jointly and severally, to each of the plaintiffs in the amounts listed above.

The plaintiffs may apply for attorney's fees and costs after entry of judgment in accordance with Federal Rule of Civil Procedure 54(d).

The Clerk is directed to enter judgment and to close the case.

**SO ORDERED.**

**Dated:** New York, New York
March 15, 2024

John G. Koeltl
**United States District Judge**

2