**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
JIAN XIN ZHANG, ET AL.,

                                Plaintiffs,

      -against-                                        15 **CIVIL** 4558 (JGK)

                                                                    **JUDGMENT**

GREAT SICHUAN ON 3RD AVE. INC., ET AL.,

                                Defendants.
----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 15, 2024, the Court grants the Award for the plaintiffs in the amount of $829,288.15 for the following damages:

- Plaintiff Jian Xin Zhang: $293,806.57.
- Hua Long Yang: $44,865.35.
- Rui Sen Zhao: $178,849.20.
- Cheng Min Yan: $72,731.38.
- Jian Qiang Du: $91,347.16.
- Guo Yue He: $118,451.39.
- Yu Bao Zhao: $29,237.10.

      The plaintiffs are all also entitled to post-judgment interest pursuant to 28 U.S.C. § 1961. See ECF No. 196 at 40.

      No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned, and its conclusions are well founded. The Court therefore adopts the Report and Recommendation and enters judgment in favor of the plaintiffs and holding the defendants

liable, jointly and severally, to each of the plaintiffs in the amounts listed above. The plaintiffs may apply for attorney's fees and costs after entry of judgment in accordance with Federal Rule of Civil Procedure 54(d). Accordingly, the case is closed.

**Dated:** New York, New York

March 18, 2024

**RUBY J. KRAJICK**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**