```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JIAN XIN ZHANG, ET AL., | 15-cv-4558 (JGK) |
| Plaintiffs, | ORDER |
| - against - | |
| GREAT SICHUAN ON 3RD AVE INC. D/B/A "GREAT SICHUAN," ET AL., | |
| Defendants. | |

JOHN G. KOELTL, District Judge:

The Court has reviewed the Report and Recommendation of Magistrate Judge Willis dated February 7, 2025. The Report and Recommendation recommends that the plaintiffs' motion for attorney's fees and costs be granted, and that the plaintiffs' counsel be awarded $84,648 in fees and $980.24 in costs and expenses.

No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation. Accordingly, the amount of attorney's fees for the plaintiffs' counsel should be $84,648, and the amount of costs and expenses should be $980.24.

SO ORDERED.
Dated:   New York, New York
         February 25, 2025

_____
John G. Koeltl
United States District Judge