UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JIAN XIN ZHANG, ET AL.,
            Plaintiffs,

- against -

GREAT SICHUAN ON 3RD AVE INC. D/B/A
"GREAT SICHUAN," ET AL.,
            Defendants.

15-cv-4558 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

In view of the Court's Orders dated March 15, 2024 (ECF No. 197), and earlier today (ECF No. 208), the Clerk is respectfully directed to enter judgment for the plaintiffs and against the defendants in the amount of $829,288.15 for the following damages:

- Plaintiff Jian Xin Zhang: $293,806.57
- Hua Long Yang: $44,865.35
- Rui Sen Zhao: $178,849.20
- Cheng Min Yan: $72,731.38
- Jian Qiang Du: $91,347.16
- Guo Yue He: $118,451.39
- Yu Bao Zhao: $29,237.10,

plus fees in the amount of $84,648, and costs and expenses in the amount of $908.24.

The Clerk is directed to close all pending motions and to close the case.

SO ORDERED.
Dated:    New York, New York
           February 25, 2025

                                            John G. Koeltl
                                  United States District Judge