**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JIAN XIN ZHANG, ET AL.,

                    Plaintiffs,

    -against-                                    15 **CIVIL** 4558 (JGK)

                                                     **JUDGMENT**

GREAT SICHUAN ON 3RD AVE INC. D/B/A
"GREAT SICHUAN," ET AL.,

                  Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2025, judgment is entered for the plaintiffs and against the defendants in the amount of $829,288.15 for the following damages: Plaintiff Jian Xin Zhang: $293,806.57, Hua Long Yang: $44,865.35, Rui Sen Zhao: $178,849.20, Cheng Min Yan: $72,731.38, Jian Qiang Du: $91,347.16, Guo Yue He: $118,451.39, and Yu Bao Zhao: $29,237.10, plus fees in the amount of $84,648, and costs and expenses in the amount of $908.24; accordingly, the case is closed.

**Dated:**  New York, New York

        February 26, 2025

                                                          **TAMMI M. HELLWIG**
                                                               **Clerk of Court**

                              **BY:**      *K. Mango*

                                                               **Deputy Clerk**